United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10982-amc |
| Lauren Y. Tucker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 05, 2023 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren Y. Tucker, 121 W. Haines Street, Philadelphia, PA 19144-2707 |
| 14598718 | + | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14598723 | + | Fedloan, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14598728 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14598732 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14598734 | + | Radius Global Solutions LLC, 50 West Skippack Pike, Ambler PA 19002-5151 |
| 14598735 | | Raymond G. Davis, 324 E. Durham Street, Apt.D, Philadelphia, PA 19119 |
| 14624178 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 06 2023 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 06 2023 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2023 00:41:13 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14598710 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 06 2023 00:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14598713 | | Email/Text: megan.harper@phila.gov | Dec 06 2023 00:40:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14598714 | | Email/Text: megan.harper@phila.gov | Dec 06 2023 00:40:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14598711 | + | Email/Text: ecf@ccpclaw.com | Dec 06 2023 00:40:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14598715 | + | Email/Text: bankruptcy@philapark.org | Dec 06 2023 00:40:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14598716 | + | Email/Text: bankruptcy@connexuscu.org | Dec 06 2023 00:40:00 | Connexus CU, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 14598717 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 06 2023 00:40:00 | Credit Collection Services, 725 Canton Street, Noorwood MA 02062-2679 |
| 14598719 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2023 00:41:13 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

Case 21-10982-amc   Doc 36   Filed 12/07/23   Entered 12/08/23 00:35:32   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 14605582 | | Email/Text: bnc-quantum@quantum3group.com | Dec 06 2023 00:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14598724 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2023 00:40:00 | Department of the Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14604948 | | Email/Text: mrdiscen@discover.com | Dec 06 2023 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14598720 | + | Email/Text: mrdiscen@discover.com | Dec 06 2023 00:40:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14598721 | | Email/Text: bankruptcycourts@equifax.com | Dec 06 2023 00:40:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14598722 | ^ | MEBN | Dec 06 2023 00:28:58 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14598726 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2023 00:40:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14598727 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2023 00:41:14 | NTB/Citibank, Citi Corp Credit Services Centralized Ba, PO Box 20507, Kansas City, MO 64195-0507 |
| 14616319 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 06 2023 00:40:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14613883 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2023 00:41:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14598729 | + | Email/Text: recovery@paypal.com | Dec 06 2023 00:40:00 | PayPal Inc, P0 Box 45950, Omaha NE 68145-0950 |
| 14598730 | | Email/Text: bankruptcygroup@peco-energy.com | Dec 06 2023 00:40:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14598731 | + | Email/Text: bankruptcy@philapark.org | Dec 06 2023 00:40:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Suite 5400, Philadelphia, PA 19106-1558 |
| 14598733 | + | Email/Text: bankruptcy1@pffcu.org | Dec 06 2023 00:40:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14605849 | + | Email/Text: bankruptcy1@pffcu.org | Dec 06 2023 00:40:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14605581 | | Email/Text: bnc-quantum@quantum3group.com | Dec 06 2023 00:40:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14606430 | | Email/Text: bnc-quantum@quantum3group.com | Dec 06 2023 00:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14611106 | | Email/Text: bnc-quantum@quantum3group.com | Dec 06 2023 00:40:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14598736 | + | Email/Text: bknotice@raslavrar.com | Dec 06 2023 00:40:00 | Robert M. Kline, Esq., 425 Commerce Dr St 150, Fort Washington PA 19034-2727 |
| 14608842 | + | Email/Text: bankruptcy@bbandt.com | Dec 06 2023 00:40:00 | SunTrust Bank now Truist Bank, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14598737 | + | Email/Text: bankruptcy@bbandt.com | Dec 06 2023 00:40:00 | Suntrust Bank, Attn: Bankruptcy, MC VA-RVW_6290 POB 85092, Richmond, VA 23286-0001 |
| 14598738 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2023 00:41:28 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14615194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2023 00:41:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 05, 2023 | Form ID: pdf900 | Total Noticed: 45

| | | | | |
|---|---|---|---|---|
| 14598740 | | Email/Text: DASPUBREC@transunion.com | Dec 06 2023 00:40:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14598739 | + | Email/Text: bncmail@w-legal.com | Dec 06 2023 00:40:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14753340 | + | Email/Text: EBN@edfinancial.com | Dec 06 2023 00:40:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14598712 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14598725 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 310 Lowell St Stop 360, Andover, MA 01810 |
| 14739634 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2023                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lauren Y. Tucker mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Debtor Lauren Y. Tucker mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> LAUREN Y. TUCKER | Chapter 13 |
| Debtor | Bankruptcy No. 21-10982-AMC |

## O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: December 5, 2023**

_____
Honorable Ashely M. Chan
Bankruptcy Judge