IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                                    :Chapter 13

Lauren Y. Tucker

   (DEBTOR)                                              :Bankruptcy No. 21-10982AMC13

**P R A E C I P E**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend address of above captioned client to:

    4442 N. 16th Street
    Philadelphia, PA 19140

Date: December 14, 2023                              BY: /s/ Michael A. Cibik
                                                                          MICHAEL A. CIBIK, ESQUIRE
                                                                          Cibik Law, P.C.
                                                                          1500 Walnut Street, Suite 900
                                                                          Philadelphia, PA 19102
                                                                          215-735-1060/fax 215-735-6769